# United States District Court
# For The District of Columbia

| | |
|---|---|
| **Nursat I. Aygen** )<br>　　Plaintiff, )<br>　　vs. )<br>**District of Columbia Government** )<br>　　Defendant ) | Civil Action No. 1:10-CV-00847 (RLW)<br>Robert L. Wilkins |

## Consent Motion to Extend Time to Respond to Motion to Dismiss & File Reply

The Plaintiff Nursat I. Aygen, through counsel, pursuant to Fed Civ. Proc. R. 6 (b) moves this Court for an order enlarging the time for Plaintiff to respond to Defendant's Motion to Dismiss and for Defendant to file a reply. Plaintiff asks that the time be enlarged by 10 days from 14 February to 24 February to file an opposition and that the time be enlarged by 14 days from 7 March to 21 March.

Respectfully submitted,

| _10 February 2011_<br>Dated | Signed: | /s/ Michael Trevelline |
|---|---|---|
| | | Michael J. Trevelline, DC Bar # 437454 |
| | Address: | 1823 Jefferson Place, NW<br>Washington, DC 20036-2504 |
| | Telephone: | (202) 737-1139/Fax: (202) 775-1118 |
| | Email: | mjt@mjtlegal.com |

Attorney for **Plaintiff Nursat Aygen**

## Certificate of Consent

I hereby certify that consent for the relief sought in this motion was diligently sought and was obtained.

| _10 February 2011_<br>Dated | /s/ Michael Trevelline<br>Michael J. Trevelline |
|---|---|

## Certificate of Service

I certify under penalty of perjury that on this **10**[th] day of **February** 20**11**, a copy of the foregoing was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system**.**

  10 February 2011                                        /s/   Michael J. Trevelline
        Dated                                                 Michael J. Trevelline

# United States District Court
# For The District of Columbia

| | |
|---|---|
| **Nursat I. Aygen**<br><br>Plaintiff,<br><br>vs.<br><br>**District of Columbia Government**<br><br>Defendant | )<br>)<br>)<br>)  Civil Action No. 1:10-CV-00847<br>)  (RLW)<br>)  Robert L. Wilkins<br>)<br>)<br>) |

## Memorandum of Points & Authorities

## In Support of

## Consent Motion to Enlarge Time to Respond to Motion to Dismiss & File a Reply

Fed. Civ. Proc. R. 6(b) allows for enlargement of time upon good cause shown. Plaintiff requests an extension to file an opposition because of the schedule of Plaintiff's counsel and of Plaintiff. One of Plaintiff's counsel Robert Klimek is presently on vacation, from 5 to 15 February. The other counsel Michael Trevelline is very busy with several matters, mostly with taking and defending depositions in the matter of <u>Seraphim Transport Co. v. United States</u>, United States Court of Federal Claims, CA 07-359C, which is scheduled to have discovery end on 25 February. In addition, Plaintiff is very busy obtaining documents in her employment litigation pending before the Superior Court of the District of Columbia.

Counsel for the District of Columbia Dwayne C. Jefferson has a two-week trial beginning on 7 March and so needs an additional 14 days to prepare a reply.

                                            Respectfully submitted,

  10 February 2011        Signed:         /s/ Michael Trevelline
    Dated                                       Michael J. Trevelline, DC Bar # 437454

|  |  |
|---|---|
| Address: | 1823 Jefferson Place, NW |
|  | Washington, DC 20036-2504 |
| Telephone: | (202) 737-1139/Fax:  (202) 775-1118 |
| Email: | mjt@mjtlegal.com |

Attorney for **Plaintiff Nursat Aygen**

1 Exhibit:  Proposed Order

# United States District Court
# For The District of Columbia

| | |
|---|---|
| **Nursat I. Aygen**<br>    Plaintiff,<br>    vs.<br>**District of Columbia Government**<br>    Defendant | )<br>)<br>)<br>)   Civil Action No. 1:10-CV-00847<br>)   (RLW)<br>)   Robert L. Wilkins<br>)<br>)<br>) |

## **Order**

This matter came before the court upon Consent Motion to Enlarge Time to Respond to Motion to Dismiss & to Reply, and it appearing that good cause is shown;

IT IS THEREFORE ORDERED, that the motion be, and it is, hereby GRANTED.

Plaintiff shall have until 24 February 2011 to respond to Defendant's Motion to Dismiss, and Defendant shall have until 21 March to file a reply.


Dated: _____          _____
                                 The Honorable Judge Robert L. Wilkins

Copies to:

Michael J. Trevelline
mjt@mjtlegal.com

Dwayne C. Jefferson
Dwayne.jefferson@dc.gov